# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 722 - 1 | **DATE** | 11/20/2007 |
| **CASE TITLE** | UNITED STATES vs. DHARAM VIR | | |

**DOCKET ENTRY TEXT**

Arraignment stricken. Bench warrant outstanding. Further proceedings stayed until further order of court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|